UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KHAREE CRISWELL, ET AL.,
    Plaintiffs,

v.                          C.A. No. 08-422 S

WAYNE T. SALISBURY, JR.,
ET AL.,
    Defendants.

## ORDER

The Reports and Recommendations of United States Magistrate Judge Jacob Hagopian filed on December 14th, 2011 (document #s 8 and 9), in the above-captioned matter are hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Reports & Recommendations, Plaintiff Criswell's Motion for Summary Judgment (document #7) is hereby DENIED. Further, the complaint is hereby DISMISSED for failure to state a claim upon which relief may be granted.

ENTER:

_____
William E. Smith
United States District Judge

Date: 1/18/11